THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. JAMES PURCELL, Appellant.

(Argued March 15, 1915; decided April 13, 1915.)

APPEAL from a judgment of the Court of General Sessions of the Peace in the county of New York, rendered May 13, 1914, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Joseph S. Rosalsky, Harry Kopp* and *Jacob I. Berman* for appellant.

*Charles A. Perkins, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, MILLER, CARDOZO and SEABURY, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. VINCENZO BUONEMSEGNO, Appellant.

(Argued March 15, 1915; decided April 13, 1915.)

APPEAL from a judgment of the Supreme Court, rendered July 1, 1914, at a Trial Term for the county of Oneida, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Clarence Stetson* for appellant.

*Bradley Fuller, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.
Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, MILLER, CARDOZO and SEABURY, JJ.